**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**


MUHAMMAD RAHEEL QURESHI,

     Plaintiff,

v.                             Case No: 8:26-cv-1628-KKM-NHA

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES et al.,

     Defendants.
_____

## ORDER

This order follows the Court's examination of this action. Under Title 28, United States Code, Section 455, and Canon 3(C) of the Code of Conduct for United States Judges, I recuse myself from this case because my spouse is on the University of South Florida Board of Trustees. Accordingly, the Clerk is directed to reassign by random draw this case to another District Judge.

**ORDERED** in Tampa, Florida, on June 2, 2026.


Kathryn Kimball Mizelle
United States District Judge